IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01666-REB-BNB

DOROTHY NORRIS, and
JASON NORRIS,

Plaintiffs,

v.

ALLSTATE INDEMNITY COMPANY,

Defendant.
_____

# MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Defendant's Motion for Leave to File Amended Answer and Jury Demand and Certificate of Compliance with D.C.Colo.L.Civ.R.7.1A** [docket no. 25, filed May 2, 2014] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the Amended Answer and Jury Demand (#25, attachment 1) be accepted for filing.

      IT IS FURTHER ORDERED that the hearing set for **May 19, 2014, at 9:00 a.m.**, be **VACATED**.

DATED:  May 19, 2014