**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-01666-REB-BNB

DOROTHY NORRIS, and
JASON NORRIS,

    Plaintiffs,

v.

ALLSTATE INDEMNITY COMPANY,

    Defendant.

## ORDER OF DISMISSAL

The matter is before the court on the **Stipulation of Dismissal With Prejudice** [#39][1] filed July 14, 2014. After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal With Prejudice** [#39] filed July 14, 2014, is **APPROVED**;

2. That the combined Final Pretrial Conference and Trial Preparation Conference set August 1, 2014, are **VACATED**;

3. That the jury trial set to commence August 18, 2014, is **VACATED**;

---

[1] "[#39]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

    4.  That any pending motion is **DENIED** as moot; and

    5.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated July 14, 2014, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge